UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN FONVILLE, individually, and on
behalf of others similarly situated,

                Plaintiff,

      -against-

HEIGHTENED SECURITY
INCORPORATED; CIPRIANI 42ND ST.,
LLC; CIPRIANI 55 WALL, LLC; and
CIPRIANI GROUP, INC.,

                Defendants.

Case No. 1:25-cv-10008 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant Heightened Security Incorporated LLC's deadline to answer or otherwise respond to the Complaint was March 23, 2026. Dkt. 4. Defendant Cipriani Group, Inc.'s deadline to respond to the Complaint was three days prior, March 20, 2026, and Defendants Cipriani 55 Wall, LLC's and Cipriani 42nd St., LLC's deadline was two days before that, March 18, 2026. Dkt. 9. To date, Defendants have not answered or otherwise responded to the Complaint.

The Court shall, as a courtesy, extend Defendants' deadline to respond to the Complaint to **April 24, 2026**. Defendants are warned that failure to respond to the Complaint could result in default judgment being entered against them.

Dated:  March 24, 2026
       New York, New York

                         SO ORDERED.

                         _____

                         JENNIFER L. ROCHON
                         United States District Judge