UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN FONVILLE, individually, and on
behalf of others similarly situated,

                              Plaintiff,

              -against-                            Case No. 1:25-cv-10008 (JLR)

HEIGHTENED SECURITY                               **ORDER**
INCORPORATED; CIPRIANI 42ND ST.,
LLC; CIPRIANI 55 WALL, LLC; and
CIPRIANI GROUP, INC.,

                              Defendants.

JENNIFER L. ROCHON, United States District Judge:

On February 12, 2026, Plaintiff filed an executed waiver of service with respect to

Defendant Heightened Security Incorporated, indicating that Defendant Heightened Security

Incorporated waived service on January 20, 2026.  Dkt. 4.  Accordingly, Defendant Heightened

Security Incorporated's answer was due on March 23, 2026.  *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).

Further, on March 5, 2026, Plaintiff filed affidavits of service as to the remaining three

Defendants.  Dkt. 9.  In accordance with those affidavits, Defendants Cipriani 42nd St., LLC's

and Cipriani 55 Wall, LLC's deadline to answer or otherwise respond to the Complaint was

March 18, 2026, and Defendant Cipriani Group, Inc.'s response deadline was March 20, 2026.

*See* Fed. R. Civ. P. 12(a)(1)(A)(i).

Defendants missed their respective deadlines.  As a courtesy, on March 24, 2026, the

Court extended Defendants' deadline to answer or otherwise respond to the Complaint to April

24, 2026.  Dkt. 10.  To date, Defendants have not answered or appeared in this case.

Plaintiff is therefore ORDERED to file a letter on the docket with proposed next steps in this action no later than **May 5, 2026**.  Plaintiff shall serve a copy of that letter on Defendants and file proof of service no later than **May 12, 2026**.

Dated:  April 28, 2026
         New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge