UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN FONVILLE, individually and on behalf of others similarly situated,

Plaintiff,

-against-

HEIGHTENED SECURITY INCORPORATED; CIPRIANI 42ND ST., LLC; CIPRIANI 55 WALL, LLC; and CIPRIANI GROUP, INC.,

Defendants.

Case No. 1:25-cv-10008 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On April 28, 2026, the Court — observing that Defendants had failed to respond to Plaintiff's complaint despite their deadline for doing so having passed — ordered Plaintiff to file a letter with proposed next steps and confirm service of the same on the docket. *See* Dkt. 11. On May 5, 2026, Plaintiff filed the requested letter, wherein he proposed that the Court permit him to, among other things, seek a default judgment against Defendants. Dkt. 12. The Court granted Plaintiff leave to do so on May 7, 2026. Dkt. 13. Shortly thereafter, on May 12, 2026, Plaintiff filed proof of service of his May 5, 2026 letter on each Defendant. *See* Dkts. 14-17.

Following those filings, the docket reflects that Plaintiff has not taken any further action in furtherance of his anticipated default judgment motion. In that time, however, counsel filed a notice of appearance on behalf of Defendant Heightened Security Incorporated ("Heightened Security"). Dkt. 18. Though that notice was filed on June 12, 2026, Heightened Security has yet to make any submission to the Court.

Given that Heightened Security has now appeared in this matter, Plaintiff and Heightened Security are ORDERED to confer and file a joint letter by **June 24, 2026**.  The joint letter should not exceed three pages and must inform the Court of the case's status and proposed next steps.

Dated: June 17, 2026
    New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge