UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN FONVILLE, individually and on
behalf of others similarly situated,

                    Plaintiff,

        -against-                                  Case No. 1:25-cv-10008 (JLR)

HEIGHTENED SECURITY                                        **ORDER**
INCORPORATED; CIPRIANI 42ND ST.,
LLC; CIPRIANI 55 WALL, LLC; and
CIPRIANI GROUP, INC.,

                    Defendants.

JENNIFER L. ROCHON, United States District Judge:

        The Court has been advised that all claims asserted herein have been settled in principle.

*See* Dkt. 20.  Accordingly, by **July 1, 2026**, the parties shall submit a joint letter to this Court

clarifying whether they intend to resolve this matter through an offer of judgment and acceptance

pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019), or through

submission of a settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport*

*Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  The parties' letter should also provide an

estimate of the time needed to complete and file their submission.

        All future deadlines in this matter are otherwise adjourned sine die.

Dated:  June 24, 2026
        New York, New York

                                            SO ORDERED.

                                            _____
                                            JENNIFER L. ROCHON
                                            United States District Judge